

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA



2017 JUN 19 P 12:30

Inmate Identification Number: **225926**

**Brian Hogan**

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

(A.D.O.C.) OFF. SANFORD JOHNSON
(A.D.O.C.) OFF. ALEX HOLMES
(A.D.O.C.) SGT. LUTHER SMITH
(CORIZON) DR. ROBBINS & DR. C. HOOPER

(Enter above full name(s) of the defendant(s) in this action)

5:17-cv-01022-KOB-JEO

## I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( X )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

   Plaintiff(s): _N/A_

   Defendant(s): _N/A_

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement   BRIAN HOGAN 225926/B·1·26·B   DRAPER CORR. FACILITY, 2828 HWY. 143, ELMORE, AL. 36025

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )      No ( X )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )      No ( X )

C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is NO, explain why not? _____

2

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Brian Hogan

Address 2828 HWY 143

ELMORE, AL 36025

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant (A.D.O.C.) OFF. SANFORD JOHNSON

is employed as CORRECTIONAL OFFICER

at LIMESTONE FACILITY

C. Additional Defendants (A.D.O.C.) OFF. ALEX HOLMES
CORRECTIONAL OFFICER — LIMESTONE CORR. FACILITY
(A.D.O.C.) SGT. LUTHER SMITH / CORRECTIONAL OFFICER
LIMESTONE CORR. FACILITY

IV. Statement of Claim (CORIZON) DR. ROBBINS & DR. C. HOOPER
LIMESTONE CORR. FACILITY

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I WAS WRONGLY ASSAULTED BY THESE ABOVE MENTIONED OFFICER'S, WHOM PURPOSELY USED EXCESSIVE FORCE, WHICH LED TO DR. ROBBINS, PUTTING FIVE STAPLES IN MY (BRIAN HOGAN) HEAD. AS A RESULT OF THIS HEAD INJURY, I SUFFER FROM MIGRAINE'S, SPELL'S OF DIZZINESS AND MEMORY LOSS.

3

MY COMPLAINT AGAINST BOTH DOCTOR'S, WHOM WORK FOR (CORIZON) AT LIMESTONE CORR. FACILITY, IS: BOTH DOCTOR'S FAILED TO GIVE ME PROPER MEDICAL TREATMENT CONCERNING MY HEAD INJURY. NEITHER DOCTOR GAVE ME AN X-RAY OF MY HEAD. NEITHER DOCTOR ISSUED A PROFILE FOR MY HEAD WOUND TO BE CLEANED DAILY. AND DR. ROBBINS, FAILED TO NUMB MY HEAD BEFORE PUTTING THOSE FIVE STAPLES IN MY HEAD.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DUE TO THE HORRIBLE EVENTS THAT LED TO THE CRANIAL LACERATIONS AND STAPLES NECESSARY TO HEAL THE HEAD WOUND, THE PLAINTIFF, AVERS THAT EXCESSIVE FORCE WAS USED THAT OBVIOUSLY LED TO HIS PERMANANT SCAR, MIGRAINE HEADACHE'S, MEMORY LOSS, SPELL'S OF DIZZINESS AND EMOTIONAL SUFFERING. ALL OF THIS WAS UNNECESSARY & BRIAN HOGAN SEEK'S PUNATIVE DAMAGES, RESTORATION, AND ALL THE DEFENDANTS TO BE RELEASED FROM FURTHER EMPLOYMENT BY A.D.O.C. AND CORIZON.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/12/17___.

_Brian Hogan_
Signature(s)

4

Brian Hogan
235926 /B·1·26·B
2828 HWY. 143
ELMORE, AL.
36025

MONTGOMERY
AL 360
15 JUN '17
PM 2 L



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

(FREE LEGAL MAIL)

US DISTRICT COURT
HUGO L. BLACK COURTHOUSE
1729 5TH. AVE. NORTH
B'HAM, AL. 35203