UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BRIAN HOGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:17-cv-01022-KOB-JEO |
| SANFORD JOHNSON, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The magistrate judge filed a report on October 17, 2017, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. (Doc. 11). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

---

[1] The plaintiff was granted an extension to file his objections until November 30, 2017. (Doc. 13).

DONE and ORDERED this 7th day of December, 2017.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE